IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEXA SYSTEMS, INC, | § | CASE NO. 15-34956 |
| | § | |
| Debtor. | § | (Chapter 7) |

### NOTICE OF INTENTION TO ABANDON DEBTOR'S FILES, BUSINESS RECORDS AND REMAINING PROPERTY AT DEBTOR'S BUSINESS LOCATION

THIS NOTICE SEEKS ACTION THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE NOTICE, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN FOURTEEN (14) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE RELIEF SOUGHT, SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE NOTICE AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE NOTICE AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO: THE UNITED STATES TRUSTEE, DEBTOR AND PARTIES IN INTEREST:

**NOTICE** pursuant to 11 U.S.C. § 554(a) is hereby given that Allison D. Byman, Chapter 7 Trustee for the Estate of Dexa Systems, Inc. intends to abandon the Debtor's files, books and records and remaining office supplies and furnishings on hand in the Debtor's leased premises located at 5851 San Felipe, Suite 400, Houston, TX 77057 because that property has inconsequential value or would be burdensome to the estate.

The Trustee has removed the pertinent business records, documents and server and computer equipment that would be beneficial to administration to the estate, and has that property at her office or otherwise under her command and control. The remaining documents, files, books, records, office supplies and furnishings cannot be maintained by the Trustee in an

economical manner. If there is no objection, this abandonment will be deemed to take place fourteen (14) days after service of this Notice.

DATED: March 29, 2016.

> BY:    /s/ *Allison D. Byman , Trustee*
> Allison D. Byman, Trustee
> SBN #24040773
> 1201 Louisiana, Suite 2800
> Houston, Texas  77002
> (713) 759-0818 Telephone
> (713) 759-6834 Fax
> Email:  adb@hwa.com
> CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Intention to Abandon Property* has been sent by first class U.S. mail, postage prepaid, to all parties in interest on this the 29th day of March, 2016.

>  /s/ *Allison D. Byman , Trustee*
> Allison D. Byman, Trustee

Service List
Case No. 15-34956

**Debtor**
Dexa Systems, Inc. *
5851 San Felipe, Suite 400
Houston, TX 77057

**Debtor's Counsel**
James B. Jameson
Attorney at Law
P. O. Box 980575
Houston, TX 77098
Via ECF: jbjameson@jamesonlaw.net

**Chapter 7 Trustee**
Allison D Byman
Hughes Watters Askanase LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Via ECF: adb@hwa.com

**Office of the US Trustee**
Nancy Lynne Holly
U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002
Via ECF: nancy.holley@usdoj.gov

**Parties in Interest**
50 Brian Hollow LLC
2500 West Loop South, Suite 255
Houston, TX 77027-4513

5851 Corporation
3232 McKinney Avenue, Suite 1400
Dallas, TX 75204-7422

5851 Corporation
InSite Realty Partners LP
5851 San Felipe
Houston, TX 77057-3076

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T Corp.
Southwestern Bell Telephone Company
c/o AT&T Services, Inc.
Karen A. Cavagnaro – Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Alliantgroup, LP
P.O. Box 4979
Houston, TX 77210-4979

Alliantgroup, LP
c/o John Simpson, General Counsel
3009 Post Oak Blvd., Ste. 2000
Houston, TX 77056-6599

Baker Hughes
2929 Allen Parkway
Houston, TX 77019-2182

BoyarMiller
2925 Richmond Ave., 14th Floor
Houston, TX 77098

Brady People ID
36378 Treasury Center
Chicago, IL 60694-6300

CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723

CIT Finance, LLC
c/o Bankruptcy Processing Solutions, Inc.
P.O. Box 593007
San Antonio, TX 78259-0200

Chase Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

CyberSafe ID
Two Riverway, Suite 1500
Houston, TX 77056-1949

* Undeliverable
2936673-1

**Service List**
**Case No. 15-34956**

DHL Express – USA
16592 Collections Center Drive
Chicago, IL 60693-0165

Duncan Sowers & Company
1175 Adkins Road
Houston, TX 77055-7413

Entrust Datacard
36134 Treasury Center
Chicago, IL 60694-6100

Entrust Datacard Corporation
1187 Park Place
Shakopee, MN 55379-3817

EverBank Commercial Finance Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-7607

Everbank Commercial Finance
P.O. Box 911608
Denver, CO 80291-1608

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

FedEx TechConnect Inc.
3965 Airways Blvd.
Module G 3rd Floor
Memphis, TN 38116-5017

Flexera Software
26154 Network Place
Chicago, IL 60673-1261

Gary Leibowitz
4616 Willow Street
Bellaire, TX 77401-4213

Glen Mullen
4108 Hillside Drive
Lago Vista, TX 78645-6419

GreatAmerica Financial Services
Corporation
P.O. Box 609
Cedar Rapids, IA 52406-0609

IBM
P.O. Box 676673
Dallas, TX 75267-6673

IBM Credit LLC
4111 Northside Parkway
Atlanta, GA 30327-3098

IBM Credit LLC
IBM Corporation
Attn: Bankruptcy Coordinator
274 Viger East, 4th Floor
Montreal, QC, **CANADA H2X3R7**

IDT Connect
P.O. Box 209
Newark, NJ 07101-0209

IPFS Corporation
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302-3865

Iberia Bank
c/o George R. Gibson
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

IBERIABANK
c/o Spencer D. Solomon
Nathan Sommers Jacobs, P.C.
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056
Via ECF: ssolomon@nathansommers.com

Insite Reality Partners, LP
2537 S. Gessner, Ste. 250
Houston, TX 77063-2060

\* Undeliverable
2936673-1

## Service List
## Case No. 15-34956

Insolvency Group
Internal Revenue Service
1919 Smith Street
STOP 5022
Houston, TX 77002-8065

Integrity Images
11210 Steeplecrest #300
Houston, TX 77065-4988

Internal Revenue Service
P.O. Box 10541
Atlanta, GA 30310-0541

Konica Minolta
Konica Minolta Business Solutions
USA Inc.
Dept. 2366
P.O. Box 122366
Houston, TX 77056

Manufacturers' News, Inc.
1633 Central St.
Evanston, IL 60201-1569

Mehrzad Mahdavi
5851 San Felipe, Suite 400
Houston, TX 77057-8005

NFP Property & Casualty Services, Inc.
707 Westchester Avenue, Suite 201
White Plains, NY 10604-3154

Optus – Houston
P.O. Box 660831
Dallas, TX 75266-0831

Optus Inc.
3423 One Place
Jonesboro, AR 72404-9335

Osha Liang LLP
909 Fannin Street, Suite 3500
Houston, TX 77010-1034

Oxford Global Resources, Inc.
P.O. Box 3256
Boston, MA 02241-3256

PMTech-Pro LLC
Attn: Anne M. Rogers
P.O. Box 1915
Sugar Land, TX 77487-1915

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

Schlumberger Technology Corporation
Attn: Don Burell
1325 S. Dairy Ashford
Houston, TX 77077-237

Shell Information Technology International
Carel van Bylandtlaan 30
2596 HR The Hague
**The NETHERLANDS**

Synergy Data Systems
P.O. Box 446
Canoga Park, CA 91305-0446

Texas State Comptroller
1919 N. Loop W., Ste. 510
Houston, TX 77008-1357

Tuscan Research, LLC
931 Eldridge Road
Sugar Land, TX 77478-2809

Unimin Corporation
258 Elm Street
New Cannan, CT 06840-5300

Valid USA
1011 Warrenville Road
Lisle, IL 60532-0903

\* Undeliverable
2936673-1

**Service List**
**Case No. 15-34956**

Valid USA, Inc.
7455 Solution Center
Chicago, IL 60677-7004

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wurldtech Security Technologies
1090 West Georgis Street, Suite 1000
Vancover, BC V6E 3V7
**CANADA**

XO Communications
14239 Collection Center Drive
Chicago, IL 60693-0142

XCeedID Corporation, an Allegion business
11819 North Pennsylvania Street
Carmel, IN 46032-4555

XceedID Corporation
15940 Collections Center Drive
Chicago, IL 60693-0159

**Parties Requesting Notice**
Demetra L. Liggins
Thompson & Knight LLP
Three Allen Center
333 Clay Street, Suite 3300
Houston, TX 77002
*Via ECF:* Demetra.Liggins@tklaw.com

Tara L. Grundemeier
Linebarger Goggan Blair
1301 Travis Street, Suite 300
Houston, TX 77002
*Via ECF:* houston_bankruptcy@publicans.com

Barbara L. Yong
Golan & Christie, LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Kevin R. Pennell
Zukowski, Bresenhan, Sinex & Petry, L.L.
1177 West Loop South, Ste. 1100
Houston, TX 77027
*Via ECF:* kevin@zbsplaw.com

Anthony J. D'Agostino
Golan & Christie, LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Lee Keller King
Hrbacek & Associates, PC
130 Industrial Blvd., Suite 110
Sugar Land, TX 77478
*Via ECF:* lking@hrbacek.com

Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal H2X 3R7
**CANADA**

Gwen I. Walraven
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas, TX 75204
*Via ECF:* gwalraven@bellnunnally.com

\* Undeliverable
2936673-1