

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/13/2016

| | | |
|---|---|---|
| IN RE: | § | Case No.: 15-34956-H2 |
| | § | |
| DEXA SYSTEMS, INC., | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

(Docket No. 31)

Upon consideration of the Application of Allison D. Byman, Trustee for the above entitled and numbered proceeding, praying for authority to employ and appoint the accounting firm of KenWood & Associates, PC ("KWA") and to designate David E. Bott to act as lead accountant to represent the Trustee as Trustee (the "Applicant"), and it appearing from the Application and Affidavit of David E. Bott that the persons employed by KenWood & Associates, PC and the accounting firm of KenWood & Associates, PC, have no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any other person employed in the office of the United States trustee, and represent no interest adverse to the Trustee, the above-named debtor, or its estate, in the matters on which it is to be engaged, that its employment is necessary and would be in the best interest of the estate, and sufficient cause appears for such employment; it is therefore,

**ORDERED**, that Allison D. Byman, Trustee for the above entitled and numbered proceeding, be and is hereby authorized to employ the accounting firm of KenWood & Associates, PC, with David E. Bott to act as lead accountant, to represent her as Trustee in this case effective March 11, 2016, to perform the following professional services:

a)   to prepare any necessary federal and state income, payroll, sales, franchise and excise tax returns and reports of the bankruptcy estate;

  b)  to provide evaluations and advice to Trustee on tax matters which may arise, including the evaluation of the tax effects of the sale of assets of the estate;

  c)  to locate, obtain, inventory and preserve the accounting, business and computer records of the Debtor for use in performing the tasks assigned to Applicant and in Trustee's administration of the estate;

  d)  to assist the Trustee in carrying out her duties set forth in 11 U.S.C. § 704(a)(11) related to Debtor's employee benefit plans;

  e)  to analyze the Debtor's books and records and financial transactions regarding possible fraudulent, post-petition and/or preferential transfers to which the estate may be entitled to a recovery;

  f)  to analyze the books and records and financial transactions of entities and individuals to which the Debtor is related, may be related or may have been related at some prior date to determine the value of any assets and existence of possible fraudulent transfers to which the estate may be entitles to a recovery; and

  g)  to assist Trustee as an accountant and/or expert witness in litigation of the estate, assist in examinations and discovery under Federal Rule of Bankruptcy Procedure 2004 and the Federal Rules of Civil Procedures and to prepare any required expert reports related to litigation matters.

It is further,

  **ORDERED** that KenWood & Associates, PC shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee. It is further,

  **ORDERED** that KenWood & Associates, PC will be compensated only after proper application and notice in such amounts as may be allowed by the Court.

  Signed: April 12, 2016.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                 Case No. 15-34956-drj
Dexa Systems, Inc.                                                     Chapter 7
       Debtor
## CERTIFICATE OF NOTICE

District/off: 0541-4      User: dsta              Page 1 of 1              Date Rcvd: Apr 13, 2016
                          Form ID: pdf002        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2016.
db         +Dexa Systems, Inc.,   5851 San Felipe,   Suite 400,   Houston, Tx 77057-8005
aty        +HughesWattersAskanase,   Three Allen Center,   333 Clay, 29th Floor,   Houston, TX 77002-2571,
             US
aty        +Kevin Pennell,   Zukowski, Bresenhan, Sinex & Petry, LLP,   Kevin Pennell,
             1177 West Loop South,   Suite 1100,   Houston, TX 77027-9083
cr         +50 Briarhollow, LLC,   2500 West Loop South, Ste 255,   Houston, TX 77027-4513
cr         +5851 Corporation,   3232 McKinney Avenue,   Suite 1400,   Dallas, TX 75204-7422,
             UNITED STATES
cr          Attn: Marie-Josee Dube IBM Corporation,   275 Viger East,   Montreal,   H2X 3R7,   CANADA
cr         +Dora Abramowitz,   c/o Kevin Pennell,   Zukowski, Bresenhan, Sinex & Petry, LLP,
             1177 West Loop South,   Suite 1100,   Houston, TX 77027-9083
cr         +Howard Anders,   c/o Kevin Pennell,   Zukowski, Bresenhan, Sinex & Petry, LLP,
             1177 West Loop South,   Suite 1100,   Houston, TX 77027-9083
cr         +IBERIABANK,   c/o Spencer D. Solomon,   Nathan Sommers Jacobs, P.C.,
             2800 Post Oak Blvd., 61st Floor,   Houston, TX 77056-6131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: houston_bankruptcy@LGBS.com Apr 13 2016 20:54:25      Harris County,
             c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX  77253-3064
acc        +E-mail/Text: magriffin@kenwoodpc.com Apr 13 2016 20:53:12      KenWood & Associates PC,
             Attn: David E. Bott,   One Sugar Creek Center Blvd., Ste. #,   Sugar Land, TX 77478-3540
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Shell Information Technology International BV
cr           Valid USA
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2016 at the address(es) listed below:
          Allison D Byman    adb@hwa.com, dek@hwa.com;adb@trustesolutions.net;jb@hwallp.com
          Allison D Byman    on behalf of Trustee Allison D Byman adb@hwa.com,
           dek@hwa.com;adb@trustesolutions.net;jb@hwallp.com
          Demetra L Liggins    on behalf of Interested Party    Shell Information Technology International BV
           Demetra.Liggins@tklaw.com,
           patricia.flores@tklaw.com;Nashira.Parker@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.c
           om
          Gwen Irene Walraven    on behalf of Creditor    5851 Corporation gwalraven@bellnunnally.com
          James B. Jameson    on behalf of Debtor    Dexa Systems, Inc. jbjameson@jamesonlaw.net,
           kristilynjoy@sbcglobal.net
          Kevin R Pennell    on behalf of Attorney Kevin  Pennell kevin@zbsplaw.com
          Kevin R Pennell    on behalf of Creditor Dora  Abramowitz kevin@zbsplaw.com
          Kevin R Pennell    on behalf of Creditor Howard  Anders kevin@zbsplaw.com
          Lee Keller King    on behalf of Creditor    50 Briarhollow, LLC lking@hrbacek.com,
           leekellerking@hotmail.com
          Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
          Spencer D. Solomon    on behalf of Creditor    IBERIABANK ssolomon@nathansommers.com,
           efile@nathansommers.com;jmartin@nathansommers.com
          Tara L Grundemeier    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                            TOTAL: 13